UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LYDIA LEE EGGER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C11-0382-MJP-MAT<br><br>[~~PROPOSED~~] ORDER FOR EXTENTION OF TIME TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including August 9, 2011, to file Defendant's Answer.

DATED this 10th day of June, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:
s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration

Page 1    ORDER - [C11-0382-MJP-MAT]