UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LYDIA LEE EGGER,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. C11-0382-MJP-MAT<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 25, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including November 8, 2011, to file a reply brief.

DATED this 30th day of September, 2011.

_[signature]_
Mary Alice Theiler
United States Magistrate Judge

Page 1        ORDER - [C11-0382-MJP-MAT]

Presented by:

s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2733
Fax:  (206) 615-2531
jordan.goddard@ssa.gov